AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.         DATE FILED<br>13-~5479           9/19/2013 | USDC<br>601 Market Street<br>Philadelphia, PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC<br>409 W. Olympic Blvd.<br>Suite 501<br>Los Angeles, CA 90015 | John Doe<br>SUBSCRIBER ASSIGNED IP ADDRESS 173.49.92.21 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | "SEE ATTACHMENT" | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# File Hashes for IP Address 173.49.92.21

**ISP:** Verizon FiOS
**Physical Location:** Collegeville, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/23/2013 19:29:55 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | Pool Party For Three |
| 07/12/2013 14:41:57 | C51ECE93C9772D46F5CD94D903BC54303420487A | The Young and the Restless |
| 06/18/2013 16:31:07 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 05/21/2013 18:30:20 | D08D29BC52F0CF741D5796A0D2F3433994A0BF55 | Two Boys and a Girl |
| 04/19/2013 16:51:37 | 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals |
| 04/19/2013 15:41:22 | 49D672167AF7DCA301F3C474AFD2EF5BCCA4577F | Old Enough to Know Better |
| 02/26/2013 21:21:41 | FFED3465CB0EEF5A3227424C8B0D31CF63BF76DB | Black and White |
| 02/20/2013 12:49:02 | 7E1C2F79E25F5A28C749991023A5ABD74D73C24E | Apartment in Madrid |
| 01/18/2013 18:59:51 | 6F9F5A2F715A713AAF479137716C2336064EE7D6 | Yoga Master and Student |
| 01/15/2013 16:56:04 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 01/04/2013 19:53:12 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 12/05/2012 18:00:16 | 23DB6AAA118AA948AD20CA377399247B36141F02 | Lovers Quarrel |
| 09/25/2012 11:28:20 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 09/25/2012 05:17:06 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

EPA181

**Copyrights-In-Suit for IP Address 173.49.92.21**

**ISP:** Verizon FiOS
**Location:** Collegeville, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/20/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/26/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/25/2012 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 06/18/2013 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 12/05/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/04/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/19/2013 |
| Pool Party For Three | PENDING | 07/13/2013 | 08/01/2013 | 07/23/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/19/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/25/2012 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 07/12/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 05/21/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 01/15/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/18/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 14**

EXHIBIT B

EPA181